COMMONWEALTH of Pennsylvania, Respondent

v.

**Curtis PALMORE, Petitioner**

**No. 389 EAL 2017**

Supreme Court of Pennsylvania.

January 9, 2018

## ORDER

PER CURIAM

AND NOW, this 9th day of January, 2018, the Petition for Allowance of Appeal is **DENIED**.